144 P.3d 596

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 23, 2006**

| 27618 | A.G., In re | Affirmed |
| 27486 | State v. Crowley | Affirmed |

**October 24, 2006**

| 26421 | Jamitkowski v. Elias | Affirmed |
| 25767 | State v. Lopez | Affirmed |
| 27144 | State v. Stanley | Affirmed |
| 27179 | State v. Villegas | Affirmed |

**October 25, 2006**

| 26325 | State Farm Mut. Auto. Ins. Co. v. Pacific Waste, Inc. | Affirmed |
| 27207 | State v. Martinez | Affirmed |

**October 26, 2006**

| 26477 | State v. Wachi | Affirmed |

**October 31, 2006**

| 26433 | Taylor v. Winston | Affirmed |
| 26434 | Tung Ng v. Kawahara | Affirmed |